MAY 17 2002

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ) Case No. 08-147M
    Plaintiff,            )           2-55 19
                          )
vs.                       ) INFORMATION
                          )
JAMES A. ROCHESTER,       )
                          )
    Defendant             )

The Special Assistant United States Attorney charges that:

### COUNT I

On or about November 3, 2001, at Fort Lewis, Washington, within the special maritime and territorial jurisdiction of the United States, JAMES A. ROCHESTER, did drive a motor vehicle while under the influence of intoxicating liquor/drugs with a blood/breath alcohol concentration between .02 and .08 and the Defendant was under the age of 21.

All in violation of 18 U.S.C. Sections 7, 13 and R.C.W. 46.61.503.

### COUNT II

On or about November 3, 2001, at Fort Lewis, Washington, within the special maritime and territorial jurisdiction of the United States, JAMES A. ROCHESTER, operated a motor vehicle at a speed greater than the lawfully posted maximum speed limit of 35 miles per hour, to wit: 49 miles per hour.

INFORMATION

AUG 2 2 2008

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
                            Deputy Clerk

U.S DISTRICT COURT
DISTRICT OF DELAWARE

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711
FAX (253) 967-0140

1
2
3
4
5  16 MAY 02
   Date                              DAVID J. TAYLOR
6                                    Special Assistant U.S. Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29  **INFORMATION**                      Special Assistant U.S. Attorney
                                         Post Office Box 33695
                                         Fort Lewis, Washington 98433
                                         (253) 967-0711
                                         FAX (253) 967-0140