AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA

V.

James A. Rochester

**ORDER THAT DEFENDANT APPEAR IN
DISTRICT OF PROSECUTION OR DISTRICT
HAVING PROBATION JURISDICTION AND
TRANSFERRING BAIL**

CASE NUMBER: 08-147m

CHARGING DISTRICTS
CASE NUMBER: 02-5519

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

WESTERN District of WASHINGTON ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court to the Clerk of the _____ ,

Place and Address

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

U.S. DISTRICT COURT
WESTERN DIST. OF WASHINGTON
1717 PACIFIC AVE
COURTROOM #F
TACOMA, WA 98402

on 9/17/08 @ 8:30 AM.

Date and Time

AUGUST 22, 2008
Date

Signature of Judge

HON. MARY PAT THYNGE; U.S.M.J.
Name of Judge        Title of Judge